UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 4:11-CR-36-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PERNELL ROMERO MARTINEZ | ORDER TO SEAL |

On motion of the Defendant, Pernell Romero Martinez, and for good cause shown, it is hereby ORDERED that the **[DE 120]** be sealed until further notice by this Court.

SO ORDERED. This 27 day of March 2017.

JAMES C. DEVER III
Chief United States District Judge